```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**ANTOINETTE WATKINS**                                      **CIVIL ACTION**

**VERSUS**                                                  **No. 08-4739**

**DANETTE O'NEAL.,** *et al.*                               **SECTION: I/3**

## ORDER AND REASONS

Before the Court is a motion to remand filed by plaintiff, Antoinette Watkins ("Watkins"). For the following reasons, the motion is **GRANTED** without opposition.

On August 28, 2008, Watkins filed a petition in Orleans Parish Civil District Court in connection with her purchase of a house from the United States Department of Housing and Urban Development ("HUD"). Watkins' petition, which seeks rescission of the sale as well as damages, names as defendants HUD, the real estate agent and agency representing Watkins, the real estate agent and agency representing HUD, and the title examiner.[1]

The United States of America, on behalf of HUD, removed the lawsuit to this Court on October 27, 2008.[2] The United States cited 28 U.S.C. § 1442(a)(1)[3] and 28 U.S.C. § 1346(b)(1)[4] as grounds for this Court's jurisdiction. The Court dismissed

---

[1] Rec. Doc. No. 1-2.

[2] Rec. Doc. No. 1.

[3] Section 1442(b) authorizes the removal of a civil action commenced against the United States or any agency thereof.

[4] Section 1346(b)(1) provides the U.S. District Courts with exclusive jurisdiction over civil actions against the United States for property loss, personal injury or death caused by the negligence or wrongful act or omission of any government employee acting in the course and scope of his employment.

plaintiff's claims against the United States without opposition on April 3, 2009.[5]

Plaintiff argues that due to the dismissal of plaintiff's claims against the United States, the Court lacks subject matter jurisdiction over the action as all of the remaining parties are citizens of Louisiana. None of the defendants have filed an opposition to the motion to remand. Accordingly,

**IT IS ORDERED** that the motion to remand is **GRANTED** without opposition, pursuant to 28 U.S.C. § 1447(c), and that the above-captioned action shall be remanded to the Orleans Parish Civil District Court.

New Orleans, Louisiana, May 11th, 2009.

                                                   LANCE M. AFRICK
                                          UNITED STATES DISTRICT JUDGE

---

[5] Rec. Doc. No. 13.